

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00546-CV

Juanita **GONZALES GARCIA**, et al.,
Appellants

v.

**U.S. BANK, N.A.** as Trustee for Citigroup Mortgage Loan Trust, Inc. 2006-HE3, Asset-Backed
Pass-Through Certificates Series 2006-HE3,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2015CV01889
Honorable Timothy Johnson, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR
WANT OF PROSECUTION. Costs of this appeal are taxed against appellant Juanita Gonzales
Garcia.

SIGNED December 2, 2015.

_____
Patricia O. Alvarez, Justice